No. 89–6758.  SMITH *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 89–6780.  BRYANT *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 89–6848.  HERNANDEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–6906.  MCCARTHY *v.* WARDEN, CONNECTICUT STATE PRISON.  Sup. Ct. Conn.  Certiorari denied.

No. 89–6919.  TIMMONS *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 89–6933.  MUMLEY *v.* VERMONT.  Sup. Ct. Vt.  Certiorari denied.

No. 89–6965.  SWEENEY *v.* DOE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–7030.  MUSGRAVES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–7038.  WILLIAMS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 89–7062.  JACKSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–7071.  HUDSON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 89–7108.  BARBARO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 89–7110.  KNAPP *v.* MASCHNER ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–7134.  BARRY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 89–7203.  DELUCA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.